COHEN v. AMERICAN SURETY CO. OF NEW YORK.

(Supreme Court, Appellate Division, First Department. December 11, 1908.)

Appeal from Special Term, New York County.

Action by J. Quintus Cohen, as trustee of the estate of John T. Lee, a bankrupt, against the American Surety Company of New York. From an order denying the motion to strike the case from the Special Term calendar, plaintiff appeals. Reversed, and motion granted.

See, also, 123 App. Div. 519, 108 N. Y. Supp. 385.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, SCOTT, and CLARKE, JJ.

Michel Kirtland, for appellant.

Henry C. Wilcox (Charles M. Demond, of counsel), for respondent.

CLARKE, J. For the reasons stated in the opinion handed down herewith (113 N. Y. Supp. 375) on the appeal from the order directing that the issues raised by the equitable counterclaim and the reply thereto be first tried at Special Term, the order appealed from should be reversed, and the motion granted, with $10 costs and disbursements.

PATTERSON, P. J., and LAUGHLIN, J., concur. INGRAHAM and SCOTT, JJ., dissent.